[Nos. 33422-1-I; 33423-9-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRISON
EDWARDS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00244-7, James A. Noe, J., entered
August 30, 1993. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Webster and Ellington, JJ.

[No. 33834-0-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
HERMAN SAUVE, JR., ET AL., *Defendants*, JAMES
MICHAEL MORELLI, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05056-5, Michael J. Fox, J., entered
December 10, 1993. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Agid, JJ.

[No. 34272-0-I.   Division One.   July 31, 1995.]

SHARON K. ARMENT, *Appellant*, v. KMART
CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-04959-7, Robert S. Lasnik, J., entered
February 23, 1994. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Grosse and Cox, JJ. Now
published at 79 Wn. App. 694.